lants. (And Three Other Proceedings.)— Motion [No. 183] for an extension of time and for other relief granted to the extent of directing that all of the papers, testimony and exhibits which are material to all the appeals taken from the fifth, sixth, seventh and eighth separate and partial final decrees, entered in this proceeding, be printed in one appeal book, without duplication of printing, the respective appellants to pay their proportionate share of the cost of printing the same based on the portions of the record relating to their respective appeals; and the time of all the parties who have taken appeals from the fifth, sixth, seventh and eighth separate and partial final decrees, entered in this proceeding, to perfect their appeals, is enlarged insofar as to extend their time to file the combined record on appeal, as hereinbefore directed, up to and including December 31, 1960, together with their appellants' points and notice of argument for the February 1961 Term of this court, all of said appeals to be argued or submitted together on the one printed record. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for Lincoln Square Slum Clearance Project. D. M. HABER & SONS, INC., et al., Respondents.— Motion [No. 155] for an extension of time granted to the extent and upon the conditions set forth in the order of this court on motion No. 183, decided simultaneously herewith. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for Lincoln Square Slum Clearance Project. D. M. HABER & SONS, INC., et al., Respondents.— Motion by claimant-respondent, American Ice Company, to dismiss appeal denied in view of the decisions of this court on motions Nos. 155 and 183, decided simultaneously herewith. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property Required for LINCOLN SQUARE SLUM CLEARANCE PROJECT. FRED KLENK, Doing Business as EXCEL PHARMACAL Co., Respondent-Appellant.— Motion for an enlargement of time granted to the extent and upon the conditions set forth in the order of this court on motion No. 183, decided simultaneously herewith. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ In the Matter of the Arbitration between DINO DE LAURENTIIS and CINEMATOGRAFICA DE LAS AMERICAS, S. A., et al.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 20, 1960, with notice of argument for November 1, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before October 26, 1960. The stay contained in the order to show cause, dated September 16, 1960, is continued pending the hearing and determination of the appeal. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ In the Matter of JOHN F. O'DONNELL, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Breitel, J. P., Rabin, Valente and Stevens, JJ.

■ In the Matter of ROBERT B. BLAIKIE, Appellant, v. STATE HARNESS RACING COMMISSION, Respondent, and ROOSEVELT RACEWAY, INC., et al., Intervenors-Respondents.— Order of September 20, 1960 resettled to permit to be withdrawn, without prejudice, that branch of motion seeking leave to appeal to the Court of Appeals from the order of this court entered July 5, 1960. Resettled order signed and filed. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.